**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**June 21, 2005**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 05-50026
_____

UNITED STATES OF AMERICA

                Plaintiff - Appellee

    v.

HECTOR ENRIQUE GODOY-MORAN

                Defendant - Appellant

                ---------------------
        Appeal from the United States District Court for the
                Western District of Texas, El Paso
                ---------------------

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:[*]

    IT IS ORDERED that appellee's unopposed motion to vacate the

sentence is GRANTED.


    IT IS FURTHER ORDERED that appellee's unopposed motion to

remand case to the United States District Court for the Western

District of Texas, El Paso Division, for resentencing is GRANTED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

IT IS FURTHER ORDERED that appellee's unopposed motion in the alternative to extend time to file appellee's brief until 14 days from the Court's denial of appellee's motion to vacate and remand is DENIED as moot.